UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLYDE T. RABY,**<br>*Plaintiff* | **CIVIL ACTION NO:** |
| **VERSUS** | |
| **USAA GENERAL INDEMNITY COMPANY,**<br>*Defendant* | **JUDGE** _____<br><br>**MAGISTRATE** _____ |

### NOTICE OF REMOVAL AND REQUEST FOR TRIAL BY JURY

NOW INTO COURT, through undersigned counsel, comes USAA GENERAL INDEMNITY COMPANY (hereinafter from time to time referred to as "USAA-GIC"), which hereby files this notice of removal of the above captioned action to the United States District Court for the Middle District of Louisiana, from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, where said action is now pending, as provided by Title 28 U.S.C. § 1441, et seq., and respectfully shows the following:

1.

That on January 5, 2023, plaintiff, Clyde T. Raby, an individual domiciled in East Feliciana Parish, State of Louisiana, who is therefore a citizen of the State of Louisiana, filed in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana a petition for damages bearing docket number 727,369, Section "32", seeking to recover contractual and extra-contractual damages and attorney's fees and naming USAA GENERAL INDEMNITY COMPANY as a defendant.[1]

---

[1] *See* Petition attached hereto as Exhibit "A."

2.

USAA GENERAL INDEMNITY COMPANY issued a policy of uninsured/underinsured motorist insurance to the plaintiff that provided certain coverages to him. Said policy forms the basis of this litigation.

3.

Defendant, USAA General Indemnity Company, is a foreign corporation organized under the laws of, and incorporated in, the State of Texas with its principal place of business located at the following address: 9800 Fredericksburg Road, San Antonio, Texas 78288, and is therefore a citizen of the State of Texas.

4.

Defendant, USAA-GIC, was provided a copy of plaintiff's petition and citation, at the earliest, on or about January 11, 2023, as evidenced by the attached pleadings and citation provided by the Secretary of State to USAA-GIC.  This was defendant's official notice of the lawsuit having been filed and properly served.[2]

5.

The action described above is a civil action of which this court has original jurisdiction under the provisions of Title 28 U.S.C. § 1332, in that it is a civil action between citizens of different states, and wherein the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

---

[2] *See* Exhibit A, Citation, Notice, and Petition.

6.

Defendant, USAA-GIC, is a foreign corporation organized under the laws of, and incorporated in, the State of Texas, with its principal place of business located in San Antonio, Texas, and is therefore a citizen of the State of Texas for diversity purposes.

7.

Plaintiff, Clyde T. Raby, an individual, is domiciled in the Parish of East Feliciana, State of Louisiana, and is therefore a citizen of the State of Louisiana for diversity purposes.

8.

This lawsuit arises out of an automobile accident that occurred on or about January 5, 2021. Plaintiff claims that a vehicle being driven by Leslie Bienemy impacted the rear of Plaintiff's vehicle on Harding Boulevard. Plaintiff claims that the accident was caused solely by the fault of a rear-ending third-party tortfeasor.[3]

9.

Plaintiff brought the present suit against USAA-GIC. At the time of the accident, plaintiff had in full force an effect a UIM policy of insurance, subject to its terms and conditions, issued by USAA-GIC with limits of $300,000.00 per person and $500,000.00 per accident.[4]

10.

Plaintiff claims to have suffered personal injuries as a result of the incident and alleges that USAA-GIC is liable for those injuries.[5]

---

[3] *See* Exhibit A, Petition for Damages.
[4] *See* Certified Declarations Page issued by USAA-GIC attached hereto as Exhibit "B."
[5] *See* Exhibit A, Petition for Damages ¶¶ 6-7.

11.

Plaintiff submitted a settlement demand outlining his alleged injuries, medical expenses, and treatment.[6] Therein, Plaintiff noted that he was still treating for his injuries and that the medical bills he had incurred as of February 17, 2022, totaled $10,827.60.[7] Moreover, Plaintiff made a claim for physical pain and suffering damages in the amount of $125,000.00.[8] Plaintiff proceeded to make a demand for the policy limits of his $300,000.00 UIM policy.[9] Along with the demand, Plaintiff indicated that Dr. Joseph Turnipseed recommended he undergo cervical medial branch blocks and potentially cervical neurotomies as a plan of treatment.[10]

12.

Based on the medical expenses incurred by February of 2022, the recommended medial branch blocks and possible neurotomies, the alleged damages associated with physical pain and suffering, and the demand for the $300,000.00 UIM policy limits, it is clear that the amount in controversy exceeds the $75,000.00 threshold.

13.

For the foregoing reasons, this Court has jurisdiction of the subject matter of this action pursuant to 28 U.S.C. § 1332, as this action is between the citizens of different states, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs. Plaintiff, Clyde T. Raby, has demanded the entire $300,000.00 limits of his USAA-GIC Policy.[11] The evidence demonstrates that plaintiff is seeking in excess of $75,000.00, the parties are diverse, and this matter has been properly removed to this Court.

---

[6] *See* Exhibit C, Settlement Demand.
[7] *See* Exhibit C, Settlement Demand.
[8] *See* Exhibit C, Settlement Demand.
[9] *See* Exhibit C, Settlement Demand.
[10] *See* Exhibit C, Settlement Demand.
[11] *See* Exhibit C, Settlement Demand.

14.

This action was commenced against USAA-GIC in state court on January 5, 2023, and first notice thereof was not received by this defendant prior to January 11, 2023, when USAA-GIC was served with a copy of the plaintiff's petition for damages through the Louisiana Secretary of State.[12]

15.

A copy of all process, pleadings and orders served upon defendant is being filed with this notice.

16.

Defendant will give written notice of the filing of this Notice of Removal in accordance with 28 U.S.C. § 1446 (d).

17.

A copy of this notice will be filed with the Clerk of the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, as is required by Title 28 U.S.C. § 1446 (d).

18.

Defendant hereby requests a trial by jury.

WHEREFORE, defendant, USAA GENERAL INDEMNITY COMPANY, requests that this action proceed in this Court, as an action properly removed to it.

. . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . .

---

[12] *See* Petition and Citation attached hereto as Exhibit "A."

Baton Rouge, Louisiana, this 9th day of February, 2023.

                         Respectfully Submitted:

                         **KINCHEN, WALKER, BIENVENU,**
                           **BARGAS, REED & HELM, L.L.C.**
                         Two United Plaza, Suite 202
                         8550 United Plaza Boulevard
                         Baton Rouge, LA 70809
                         Phone: 225.292.6704
                         Direct: 225.923.7852
                         Fax:    225.292.6705
                         Email: kmarchand@kwbbrlaw.com
                                    vbargas@kwbbrlaw.com

BY: /s ***KOLBY P. MARCHAND***
                         **KOLBY P. MARCHAND**
                         Louisiana Bar Roll Number 38336
                         **VALERIE BRIGGS BARGAS**
                         Louisiana Bar Roll Number 27392

                         *Attorneys for USAA General*
                         *Indemnity Company*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above and foregoing *Notice of Removal* has been electronically filed on February 9, 2023 with the Clerk of court using the CM/ECF system. Notice of this filing will be forwarded to the following attorney via the Court's Electronic Filing System, email, facsimile and/or US Mail:

Mr. Lindsey J. Scott
Ms. Victoria H. Langston
LINDSEY SCOTT LAW FIRM
632 St. Ferdinand Street
Baton Rouge, LA 70802
Fax: 1.866.721.4124

  *S/ KOLBY P. MARCHAND*
  **KOLBY P. MARCHAND**