# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  
Clerk of Court

Telephone: 225-389-3500  
Facsimile: 225-389-3501

February 9, 2023

**Lindsey J. Scott**  
Lindsey Scott Law Firm  
632 Ferdinand St.  
Baton Rouge, LA 70802  
*Sent via CM/ECF NEF*

**RE:**     **3:23-cv-0086-JWD-SDJ**  
           Raby v. USAA General Indemnity Company

## NOTICE

A Notice of Removal was filed in this court. The Petition for Damages lists Victoria H. Langston as co-counsel for the Plaintiff. A review of our records indicates this attorney is not admitted to practice before the Middle District of Louisiana and as a result, will not be allowed to sign or appear in court until admitted.

If the attorney is a member of the Louisiana State Bar, please have then complete the admission packet located at https://www.lamd.uscourts.gov/attorney-admission. Otherwise, a Motion to Appear Pro Hac Vice must be filed by local counsel, in accordance with Local Rule 83(b)(8) and the $100.00 fee paid through the Case Management/Electronic Case Filing (CM/ECF) System.

Once admitted, a Motion to Enroll Additional Counsel should be filed into the record in order for the newly admitted counsel to appear and receive notice in the case. If you have any questions, please feel free to call the Clerk's Office at 225-389-3500.

Sincerely,

Michael L. McConnell  
Clerk of Court

By: _____  
Deputy Clerk