UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLYDE T. RABY,**<br>*Plaintiff* | **CIVIL ACTION NO:**<br>**3:23-cv-00086-JWD-SDJ** |
| **VERSUS** | |
| | **JUDGE JOHN W. deGRAVELLES** |
| **USAA GENERAL**<br>**INDEMNITY COMPANY,**<br>*Defendant* | **MAGISTRATE SCOTT D. JOHNSON** |

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

On motion of counsel for all parties in the above entitled and numbered cause:

IT IS ORDERED, ADJUDGED AND DECREED that said suit be dismissed, with prejudice, with each party to bear its own costs.

READ AND SIGNED on the __23rd__ day of _____July_____ 2024, at Baton Rouge, Louisiana.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**